530

441 A.2d 456

Floorkrafters Linoleum Co., Appellant v. Leon, et al.

Argued May 4, 1981.  Blasco Mattioni, for appellant;  Angelo L. Scaricamazza, for appellee.

Before CERCONE, P. J., SPAETH and CAVANAUGH, JJ.

The order of the lower court is hereby affirmed.

441 A.2d 457

Fogel v. Calabrese, etc., Appellant.

Petition for Allowance of Appeal Denied March 18, 1982.

Argued January 27, 1981.  Leonard B. Edelstein, for appellant;  Morris Paul Baran, for appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

The order dated March 5, 1980 is affirmed.